**Deandre KEY, Appellant,**

**v.**

**STATE of Missouri, Respondent.**

**WD 79927**

Missouri Court of Appeals, Western District.

Order filed: June 27, 2017

Susan L. Hogan, Kansas City, for Appellant.

Daniel N. McPherson, Jefferson City, for Respondent.

Before Division One: Gary D. Witt, Presiding Judge, Alok Ahuja, Judge and Edward R. Ardini, Jr., Judge

## ORDER

PER CURIAM:

Deandre J. Key appeals the judgment of the Circuit Court of Jackson County denying his motion for post-conviction relief under Missouri Supreme Court Rule 29.15 after an evidentiary hearing. Key's motion follows his convictions for one count of assault in the first degree, one count of unlawful use of a weapon, and two counts of armed criminal action. Key argues that the motion court erred in denying his claim that his trial counsel was ineffective for failing to file a motion to dismiss alleging a violation of his right to a speedy trial. Finding no error, we affirm. Because a published opinion would have no precedential value, a memorandum of law has been provided to the parties. Missouri Supreme Court Rule 84.16(b).